IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware corporation, d/b/a "AC HOTEL BY MARRIOTT CHICAGO DOWNTOWN" <br><br> Defendant. | Case No. 1:24-cv-01813 <br><br> Honorable Virginia M. Kendall |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to settle the above-captioned matter. The Parties respectfully request that all upcoming deadlines, including the Status Hearing set for Wednesday, July 17, 2024 at 9:30 a.m., be adjourned for thirty days so the Parties can focus on finalizing the settlement agreement and preparing a stipulation of dismissal.

.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: July 16, 2024